# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**463**
**CA 16-01679**
PRESENT: WHALEN, P.J., SMITH, CENTRA, TROUTMAN, AND SCUDDER, JJ.

---

ARCHIE MCCORMICK, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

DERICKA THOMPSON, DEFENDANT,
AND BENNETT GOLDSTEIN, DEFENDANT-APPELLANT.

---

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (JEFFREY C. SENDZIAK OF COUNSEL), FOR DEFENDANT-APPELLANT.

NELSON S. TORRE, BUFFALO, FOR PLAINTIFF-RESPONDENT.

HILARY C. BANKER, BUFFALO, FOR DEFENDANT.

---

Appeal from an amended order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered June 16, 2016. The amended order denied the motion of defendant Bennett Goldstein for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 21, 2017,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 28, 2017                                    Frances E. Cafarell
                                                           Clerk of the Court